Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEYS FOR PLAINTIFF
TERESITA PALCES



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 12 4128  JSC

| | |
|---|---|
| TERESITA PALCES,<br><br>  Plaintiff,<br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>  Defendant. | Case No.:<br><br>**COMPLAINT TO RECOVER DAMAGES FOR UNLAWFUL DEBT COLLECTION PRACTICES**<br><br>**DEMAND FOR JURY TRIAL**<br><br>15 United States Code § 1692 *et seq.*<br>California Civil Code § 1788 *et seq.* |

Plaintiff, TERESITA PALCES ("Plaintiff" and/or "Consumer") based on information and belief and investigation of counsel, except for those allegations which pertain to the named Plaintiff or her attorneys, which are alleged on personal knowledge, hereby alleges:

## I. INTRODUCTION

1.   This is an action for statutory and punative damages, attorney fees and costs brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA"), the Rosenthal Fair Debt Collection Practices, California Civil Code § 1788 *et seq.* ("RFDCPA") and Cal. Civ. Code § 3345 which provides for an enhancement of damages when the wrongdoing effects an aged or disabled person.

## II. JURISDICTION AND VENUE

2.   Jurisdiction of this Court aries under 15 U.S.C. § 1692 k(d) and supplemental jurisdiction exits for state law claims pursuant to 28 U.S.C. § 1367. Declaratory relief is

1 available pursuant to 28 U.S.C. §§ 2201 and 2202.

2   3.   This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 *et seq.* ("RFDCPA").

4.   Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that Defendant transacts business in this judicial district and the violations of the FDCPA and RFDCPA complained of occurred in this judicial district.

### III. INTRADISTRICT ASSIGNMENT

5.   This lawsuit should be assigned to the San Francisco Division of this Court because a substantial part of the events or omissions which gave rise to this lawsuit occurred in this District.

### IV. PARTIES

6.   Plaintiff is a natural person residing in San Mateo County, California. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civ. Code § 1788.2(h). Plaintiff is a senior citizen and disabled person as defined by Civ. Code § 1761(f) and (g).

7.   Defendant, ENAHNCED RECOVERY COMPANY, LLC ("ERC") is a Florida corporation engaged in the business of collecting debts in this state with its principal place of business located at 8014 Bayberry Road, Jacksonville, FL 32256. ERS may be served as follows: Enhanced Recovery Company, LLC, c/o Capitol Corporate Services, Inc., 155 Office Plaza Drive, Suite A, Tallahassee, FL 32301.

8.   The principal business of ERS is the collection of debts using the mails and telephone, and ERS regularly attempts to collect debts alleged to be due another. ERS is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civ. Code § 1788.2(c).

### V. FACTUAL ALLEGATIONS

9. Plaintiff, on an unknown date, is alleged to have incurred a financial obligation, namely a consumer credit account to AT&T, a telecom company.

10. The alleged debt was incurred primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and a "consumer debt" as that term is defined by Cal. Civ. Code § 1788.2(f).

The alleged debt was consigned, placed or otherwise transferred to Defendant for collection from Plaintiff.

11. Thereafter Defendant sent a collection letter dated August 26, 2011 ("Exhibit A") to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

12. Thereafter, Plaintiff's attorney sent a letter of representation to Defendant dated September 6, 2011 ("Exhibit B"). The letter was sent pursuant to Cal. Civ. Code § 1788.14 and 15 U.S.C. § 1692c(2).

13. Notwithstanding the letter of attorney representation, Defendant sent to Plaintiff a collection letter dated July 25, 2012 ("Exhibit C"). Defendant's conduct was unlawful, knowing and done to coerce payment of the alleged debt.

14. Plaintiff is a senior citizen and disabled as defined by Civ. Code § 1761(f), (g).

15. Defendant is liable for treble damages for their unfair practices pursuant to Cal. Civ. Code § 3345.

## VI. CLAIM FOR RELIEF

**FIRST CAUSE OF ACTION – VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT**

16. Plaintiff repeats, realleges, and incorporates by reference all preceding paragraphs as though fully set forth herein.

17. Plaintiff brings the first claim of relief against Defendant pursuant to 15 U.S.C. § 1692 *et seq.*

18. Defendant violated the FDCPA. The violations are the following:

    a. Defendant sent its collection letters directly to Plaintiff, a consumer

1  represented by an attorney thereby violating 15 U.S.C. § 1692c(a)(2).

2      b. Defendant's conduct also violated 15 U.S.C. § 1692e; 15 U.S.C. § 1692e(10); 15 U.S.C. § 1692f.

19. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

20. As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to an award of statutory damages , costs and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

## SECOND CAUSE OF ACTION – VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

21. Plaintiff brings the second claim for relief against Defendant under the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code § 1788 *et seq.*.

22. Plaintiff repeats, realleges, and incorporates by reference all preceding paragraphs as though fully set forth herein and incorporates the violations of the FDCPA pursuant to Cal. Civ. Code § 1788.17.

23. Defendant has violated the RFDCPA. The violations include, but are not limited to the foregoing violations of the FDCPA and Cal. Civ. Code § 1788.14:

    a. Defendant sent its collection letter to Plaintiff, a consumer represented by an attorney in violation of Cal. Civ. Code § 1788.14.

24. As a result of Defendant's willful and knowing violations of the RFDCPA, Plaintiff is entitled to an award of statutory damages, attorney's fees and costs pursuant to Cal. Civ. Code § 1788.30

25. Pursuant to Cal. Civ. Code § 1788.32, the remedies provided under the RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies that the Plaintiff may have under any other provision of law.

## VIII. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff requests of this Court the following monetary and equitable relief:

26.

A. Assume jurisdiction in this proceeding;

B. Declare that Defendant violated the Fair Debt Collection Practices Act;

C. Declare that Defendant violated the Rosenthal Fair Debt Collection Practices Act

D. Award Plaintiff maximum statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A);

E. Award Plaintiff maximum statutory damages pursuant to Cal. Civ. Code § 1788.30(b) and Gonzales v. Arrow Financial, 660 F3d 1055, 1067 (9th Cir. 2011);

F. Award Plaintiff maximum treble damages pursuant to Civ. Code § 3345;

G. Award Plaintiff the costs of this action and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civ. Code §§ 1788.17 and 1788.30(c); and

H. Award Plaintiff such other and further relief as may be just and proper.

Dated: August 1, 2012                     /s/
                                          Irving L. Berg
                                          ATTORNEY FOR PLAINTIFF

### CERTIFICATION PURSUANT TO CIVIL L.R. 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 1, 2012                     /s/
                                          Irving L. Berg

### JURY DEMAND

Plaintiff demands trial by jury.

Dated: August 1, 2012                     /s/
                                          Irving L. Berg

COMPLAINT                         5                    PALCES v. ENHANCED RECOVERY COMPANY, LLC

## NOTICE OF LIEN

Please be advised that Plaintiff's attorney claims a lien for attorney's fees on any recovery herein or such sums as a court awards. All rights to attorney's fees have been assigned by Plaintiff to Plaintiff's attorney.

Dated: __August 1, 2012__

_____
Irving L. Berg

**Enhanced Recovery Company, LLC**

Easy, Simple, Secure ... www.payerc.com

- View your account(s)
- Manage your account(s)
- Save time

**COLLECTION NOTICE**

Statement Date: August 26, 2011

Creditor: AT&T
Original Creditor: AT&T
Account Number: 436043866553
Principal: $337.93
Collection Fees: $60.83
**Amount of Debt: $398.76**

Reference Number: 54740363

Dear Teresitat Palces,

This letter is to inform you that the above referenced account has not been paid and has been placed with our company for collection procedures.

Please remit the Amount of Debt listed above or contact our office to discuss the account.

- View statements, pay your balance, and manage your account online at www.payerc.com
- Telephone: (800) 474-0086 Toll Free; Fax: (904) 645-3009
- Send correspondence to: Enhanced Recovery Company, LLC, 8014 Bayberry Rd, Jacksonville, FL 32256-7412
- Office Hours (Eastern Time): Mon -Thur, 8:00 am - 11:00 pm; Fri: 8:00 am - 10:00 pm; Sat: 8:00 am - 8:00 pm
- Visit us on Facebook at Enhanced Recovery Company, LLC

Sincerely,

*A. Daniels*

A. Daniels, Recovery Specialist

P.S. We are very interested in helping you resolve this debt in a manner that suits your financial situation.

If you feel you are or have been a victim of Theft of Identity, please call AT&T at 877-844-5584.



This is an attempt to collect a debt. Any information obtained will be used for that purpose.



NOTICE - SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER RIGHTS

---

Please do not send correspondence to this address.

PO Box 1967
Southgate, MI  48195-0967

August 26, 2011

ATM4T/ATM_CL1_1CE / 1 /    202311351920    B016502 / B0169



Teresitat Palces
115 S Mayfair Ave Apt 9
Daly City, CA  94015-1253


PLAINTIFF'S EXHIBIT A

IF PAYING BY CREDIT CARD, FILL OUT BELOW.

VISA ☐   MasterCard ☐   ☐

CARD NUMBER                                    CC-ID#

SIGNATURE                                      EXP. DATE

| REFERENCE NUMBER | PAY THIS AMOUNT | AMOUNT PAID |
|---|---|---|
| 54740363 | $398.76 | $ |

**Make Payment To:**

Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL  32256-7412

THE BERG LAW GROUP
*ATTORNEYS AND COUNSELORS AT LAW*
*145 Town Center, PMB 493*
*Corte Madera, California 94925*
*Phone: (415) 924-0742 Fax: (415) 891-8208*
*e-mail irvberg@comcast.net*

IRVING L. BERG, ESQ.

September 6, 2011

Enhanced Recovery Company, LLC
8014 Bayberry Road
Jacksonville, FL 32256-7412

Re: Name of Client: Teresita Palces      <u>Notice of Attorney Representation</u>
    Acct. No.: xxxxxxxxxxx6553            **NOTICE OF DISPUTE**
    Alleged Creditor: AT&T                 <u>Amount of Alleged Claim:</u> $398.76

Dear Sir or Madam:

Please be advised this office represents the captioned consumer. The alleged debt is disputed and request is made for verification of the alleged debt pursuant to 15 U.S.C. § 1692g(a)(4).

In verifying the debt, please provide the following:

a) The agreement between the credit provider and my client,
b) The charges supporting the claim, and
c) Your authorization from the credit provider to collect the alleged debt.

Further, you are <u>not</u> authorized to initiate any telephone calls to my client's residential telephone line or cellular telephone service using an artificial or prerecorded voice. Any prior consent given by my client is revoked.

Your collection practices are governed by the federal and California consumer laws. If you have any doubt as to these matters, deliver this letter to your attorney or insurance carrier. **The law prohibits you from initiating communication with my client, my client's employer, or my client's family regarding the alleged debts. All inquiries regarding my client's financial affairs shall be directed, in writing, to the undersigned.**

In the unlikely event that the legal relationship with my client is terminated, you will be notified.

Should you assign or sell my client's debt to a third party, please forward this letter to that party.

Your co-operation is appreciated.

Sincerely,

Irving L. Berg
ILB/se

PLAINTIFF'S EXHIBIT
B

**Enhanced Recovery Company, LLC**

July 25, 2012

| | |
|---|---|
| Creditor: | AT&T |
| Original Creditor: | AT&T |
| Account Number: | 436060723827 |
| Principal: | $300.98 |
| Collection Fees: | $54.18 |
| Amount of Debt: | $355.16 |
| Reference Number: | 65747324 |

### COLLECTION NOTICE

TERESITA PALCES

AT&T has attempted to resolve your account. As a result of your failure to resolve your financial obligation with AT&T, your account has been assigned to Enhanced Recovery Company, LLC for collection efforts.

Upon receipt and clearance of $355.16, your account will be closed and collection efforts will cease.



View statements, pay your balance, and manage your account online at www.payerc.com

Telephone (800) 496-4831 Toll Free, Fax: (904) 645-3009

Send correspondence to: Enhanced Recovery Company, LLC, 8014 Bayberry Rd., Jacksonville, FL 32256-7412

Office Hours (Eastern Time): Mon - Thur: 8:00 am - 11:00 pm; Fri: 8:00 am - 10:00 pm; Sat: 8:00 am - 5:00 pm

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**
NOTICE - SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER RIGHTS

---

Please do not send correspondence to this address.

P.O. BOX 1259, Dept 98696
Oaks, PA 19456





PLAINTIFF'S EXHIBIT

July 25, 2012

| | IF PAYING BY CREDIT OR DEBIT CARD, FILL OUT BELOW OR IF PAYING BY CHECK OR MONEY ORDER PLEASE REMIT TO ADDRESS BELOW. | |
|---|---|---|
| ☐ VISA  ☐ [MC]  ☐ [AMEX] | | BILLING ZIP |
| CARD NUMBER | | SECURITY CODE |
| SIGNATURE | | EXP DATE |
| REFERENCE NUMBER | AMOUNT OF DEBT | AMOUNT PAID |
| 65747324 | $355.16 | $ |





TERESITA PALCES
115 S MAYFAIR AVE APT 9
DALY CITY CA 94015-1253

98690 - 1302

Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL 32256-7412