UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA PALCES, an individual, | Case No.: CV 12-4128-JSC |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| ENHANCED RECOVERY COMPANY, LLC, | |
| Defendant. | |

The parties having achieved a settlement and for good cause, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 7, 2013         BY: _____
                                    JACQUELINE SCOTT CORLEY
                                    United States Magistrate Judge

*IT IS SO ORDERED*
*/s/ Jacqueline S. Corley*
Judge Jacqueline Scott Corley